

# United States District Court
# Eastern District of California

Jimmy Javier Loredo Leal

Plaintiff(s)

V.

U.S., "ICE, et al

Defendant(s)

Case Number: 1:26-cv-02889-DAD-EFB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Allison Rub, Esq. _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Plaintiff/Petitioner Jimmy Javier Loredo Leal

On ____09/26/2013____ (date), I was admitted to practice and presently in good standing in the
____Supreme Court of Florida____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date:____04/16/2026____        Signature of Applicant: /s/ Allison Rub, Esq._____

**Pro Hac Vice Attorney**

Applicant's Name: Allison Rub, Esq.

Law Firm Name: Allison Rub, PA

Address: 3301 Ponce de Leon Blvd.

Suite 200

City: Coral Gables  State: FL  Zip: 33134

Phone Number w/Area Code: (786) 383-1861

City and State of Residence: Miramar, Florida

Primary E-mail Address: allison@allisonrubpa.com

Secondary E-mail Address: legalassistant@allisonrubpa.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Ashkan Yekrangi, Esq.

Law Firm Name: Yekrangi & Associates

Address: 1 Park Plaza, Suite 600

City: Irvine  State: CA  Zip: 92614

Phone Number w/Area Code: (949) 285-1836  Bar # SBN 276211

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 23, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE