UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JAVIER LOREDO LEAL, | No. 1:26-cv-02889-DAD-EFB (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) et al., | (Doc. Nos. 1, 12) |
| Defendant. | |

Petitioner Jimmy Javier Loredo Leal is a federal immigration detainee proceeding through counsel with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 4, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted. (Doc. No. 12.) Specifically, the assigned magistrate judge found that petitioner's detention violates the Immigration and Nationality Act and due process. (*Id.* at 3–4, 6–7.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 8.) On May 4, 2026, respondents filed objections to the magistrate judge's findings and recommendations. (Doc. No. 14.) Respondents

1

objections consist of a single sentence stating that "[r]espondents object to the recommendation that Petitioner's Petition for Writ of Habeas Corpus be granted for the same reasons advanced in Respondents'" answer to the petition.  (Doc. No. 13.)  This objection does not serve as a basis to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations filed on May 4, 2026 (Doc. No. 12) are ADOPTED IN FULL;

2. The petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

   a. Respondents are ORDERED to immediately release petitioner Jimmy Javier Loredo Leal, A-File No. 221-498-070, from respondents' custody;

   b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner with notice and a hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a);

3. The Clerk of the Court is directed to serve the California City Immigration Processing Center with a copy of this order; and

4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **May 27, 2026**                          _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2